UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08CR529 DMS

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08 MJ 8087 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Shimrit Cohen | ) | Booking No. 05929298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/26/08__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___✓___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. __Gov't Oral Motion to Dismiss Case granted__

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR., Clerk
by Teresa Alvarez Romero
Deputy Clerk

Crim-9 (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY